IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Beulah Johnson Muckes, a/k/a Beulah Johnson-Mukes, a/k/a Beulah Muckes Johnson, <br><br> Plaintiff, <br><br> -vs- <br><br> Fargo Police Department; Crookston Police Department; Minnesota State University, Crookston, Charles [LNU], Chancellor/President; Church of Christ Crookston; Marshall O. Johnson, Sr., a/k/a Marshall Owen Johnson, Sr. (Dad); Dorothy Pee (Houston, TX); Bobbi Maddox, a/k/a Bobby Maddox (Houston, TX); Marie Lee (Houston, TX); State of California; Audubon Society of Fargo; and Owners of the Black Building, a/k/a Kilbo[u]rne Properties (Fargo, ND), <br><br> Defendants. | Case No. 3:15-cv-88 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends dismissal of all claims. The plaintiff has not filed objections within the prescribed time period.

After reviewing the record and the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analyses of the claims and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. The claims against the police departments, the University of Minnesota Crookston, the university's president for monetary damage, the State of

---

[1] Doc. #8.

1

California, the Audubon Society, the owners of the Black Building, and all claims under the North Dakota Criminal Code are dismissed with prejudice for the reasons stated in the Report and Recommendation. The claims against Marshall O. Johnson, Sr., Bobbi Maddox, Dorothy Pee, Marie Lee, the Church of Christ Crookson, against the university's president for injunctive relief, and any unidentified Fargo police officers are dismissed without prejudice for the reasons stated in the Report and Recommendation.

Because any appeal taken would be frivolous and not in good faith, it may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2016.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court